# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ROBBINS, on behalf of herself and all others similarly situated, | Case No. 1:26-cv-01607-JLT-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AS MODIFIED |
| v. | (Doc. 5) |
| PREMIUM BRANDS OPCO, LLC, | |
| Defendant. | |

On January 7, 2026, Plaintiff Sarah Robbins initiated this action with the filing of a complaint in state court, on behalf of herself and as a representative of a putative class. (Doc. 1-1). On February 25, 2026, Defendant Premium Brands Opco, LLC, removed the action to this Court. (Doc. 1).

Pending before the Court is the parties' stipulated request, filed on March 3, 2026, to extend the time for Defendant to respond to Plaintiff's complaint (from March 4, 2026, to May 29, 2026). (Doc. 5). In support, the parties represent that they intend to complete private mediation which they currently are scheduling. *Id.* at 2. The parties also request that the Court stay all other deadlines until that same date. *Id.* In light of the parties' representations, the Court will continue the deadline for Defendant to respond to the complaint. Additionally, the Court will continue the initial scheduling conference.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's complaint no later than **May 29, 2026**.

2. The scheduling conference set for May 27, 2026, is continued to **June 10, 2026, at 9:30 a.m.**  As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **March 4, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

2