UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ROBBINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM BRANDS OPCO, LLC,<br><br>Defendant. | Case No. 1:26-cv-01607-JLT-CDB<br><br>ORDER ON SECOND STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AS MODIFIED<br><br>(Doc. 7) |

On January 7, 2026, Plaintiff Sarah Robbins initiated this action with the filing of a complaint in state court, on behalf of herself and as a representative of a putative class. (Doc. 1-1). On February 25, 2026, Defendant Premium Brands Opco, LLC, removed the action to this Court. (Doc. 1). On March 3, 2026, the parties filed a joint stipulated request to extend the time for Defendant to respond to Plaintiff's complaint (from March 4, 2026, to May 29, 2026). (Doc. 5). The Court granted the request, as modified, on March 4, 2026. (Doc. 6).

Pending before the Court is the parties' second stipulated request to extend the time for Defendant to respond to the complaint. (Doc. 7). The parties represent that they have scheduled a mediation to be held on June 11, 2026, and have agreed to extend Defendant's deadline to respond to the complaint until July 28, 2026, to allow for the parties to attend the private mediation. The parties also request that the initial scheduling conference set for June 10, 2026,

be vacated and all other case deadlines stayed until July 28, 2026. *Id.* at 2.

As the mediation is to take place on June 11, 2026, the parties do not set forth why they require over six additional weeks thereafter for Defendant to respond to the complaint and for the Court to schedule the action. In the event the parties settle the action, they are required to file a notice of settlement (*see* Local Rule 160), at which time the Court would vacate all dates and direct the filing of dispositional documents. Thus, for partial good cause shown, the Court will grant a limited extension of the time for Defendant to respond to the complaint and continue the initial scheduling conference accordingly.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendant shall file its response to Plaintiff's complaint, or in the alternative, a notice of settlement, no later than **June 26, 2026**.

2. The scheduling conference set for June 10, 2026, is continued to **July 10, 2026, at 10:00 a.m.** As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **May 29, 2026**   _____

UNITED STATES MAGISTRATE JUDGE

2