UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ROBBINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM BRANDS OPCO, LLC,<br><br>Defendant. | Case No. 1:26-cv-01607-JLT-CDB<br><br>ORDER ON THIRD STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 11)<br><br>ORDER DIRECTING DEFENDANT TO FILE RESPONSIVE PLEADING OR NOTICE OF SETTLEMENT<br><br>**July 1, 2026, Deadline** |

On January 7, 2026, Plaintiff Sarah Robbins initiated this action with the filing of a complaint in state court, on behalf of herself and as a representative of a putative class. (Doc. 1-1). On February 25, 2026, Defendant Premium Brands Opco, LLC, removed the action to this Court. (Doc. 1). On March 3, 2026, the parties filed a joint stipulated request to extend the time for Defendant to respond to Plaintiff's complaint. (Doc. 5). The Court granted the request, as modified, on March 4, 2026. (Doc. 6). On May 29, 2026, the Court granted, as modified, the parties' second stipulated request to extend the time for Defendant to respond to Plaintiff's complaint (from May 29, 2026, to June 26, 2026). (Doc. 8).

Pending before the Court is the parties' third stipulated request to extend the time for Defendant to respond to the complaint. (Doc. 11). The parties represent that they have reached an agreement to resolve this action in principle and are finalizing said agreement. The parties

also request that the initial scheduling conference set for July 10, 2026, be vacated and all other case deadlines stayed until September 24, 2026. *Id.* at 2-3.

The Court previously directed Defendant to file either its response to the complaint or a notice of settlement no later than June 26, 2026. *See* (Doc. 8); Local Rule 160. Despite the Court's clear instruction, Defendant did neither of these two things. Instead, without explanation or a showing of good cause, the parties ask the Court for a further four-month continuance in the scheduling of the case to accommodate the parties' apparently still-ongoing settlement discussions.

To dispel any confusion among counsel, the Court declines the parties' invitation to deviate from its prior order and will permit the parties a final opportunity to comply with the earlier direction: Defendant shall file either its response to the complaint or a notice of settlement no later than July 1, 2026.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The parties' third stipulated request to extend the time for Defendant to respond to the complaint (Doc. 11) is DENIED; and

2. Defendant shall file no later than **July 1, 2026**, either a responsive pleading or a notice of settlement (*see* Local Rule 160).

**Any failure by Defendant to timely comply with this order will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **June 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE